IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOHNAE TIANA WILLIAMS,

Defendant.

CR 26-54-M-DLC

ORDER

Defendant has filed an unopposed motion for leave to appear by video at the arraignment schedule for 1:30 p.m. on December 3, 2026, on the ground that she currently lives in San Antonio, Texas and is indigent. (Doc. 15). Good cause appearing,

IT IS ORDERED that Defendant's motion to appear by Zoom at her arraignment on December 3, 2026, is GRANTED. The Clerk of Court will notify counsel via e-mail of the meeting ID and password in advance of the hearing.

**Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings**.

DATED this 5th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge